```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

```
IN RE:                                    CASE NO. 11-07318-BKT
LUIS ALBERTO PINERO RODRIGUEZ
LISSETTE MATTEI PINERO                    CHAPTER 13

DEBTOR (S)
```

## NOTICE OF CONTINUANCE OF
## 341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Fri Sep 30, 2011 at 8:00 am has been continued to Tue Apr 3, 2012 at 10:00 am at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Friday, September 23, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUIS ALBERTO PINERO RODRIGUEZ<br>PO BOX 9037<br>HUMACAO, PR  00792 |
| ADT SECURITY SERVICES PUERTO RICO<br>PO BOX 650485<br>DALLAS, TX  75265-0485 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | BANK OF AMERICA<br>PO BOX 53132<br>PHOENIX, AZ  85072-3132 |
| BILL ME LATER<br>CITI BANK<br>PO BOX 105658<br>ATLANTA, GA  30348-5658 | CITIFINANCIAL<br>PO BOX 700<br>CAGUAS, PR  00726-0700 |
| CRIM<br>ASESORAMIENTO LEGAL<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | DELGADO & FERNANDEZ LLP<br>PO BOX 11750 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR  00910-1750 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | FIA CARD SERVICES / BANK OF AMERICA NA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 |
| FINACIAL RECOVERY SERVICES<br>PO BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | LCDO ERICK A. ROSADO PEREZ<br>PO BOX 195572<br>SAN JUAN, PR  00919-5572 |
| LEADING EDGE RECOVERY SOLUTIONS, LLC<br>CITIFINANCIAL PLUS<br>5440 N CUMBERLAND AVE SUITE 300<br>CHICAGO, IL  60656-1490 | LEONARD & ASSOCIATES PSC<br>PO BOX 366220<br>SAN JUAN, PR  00936-6220 |
| MONTANEZ & ALICEA<br>EL CENTRO I STE 211-214 500 MUNOZ RIVERA<br>SAN JUAN, PR  00918 | NATIONAL ENTERPRISE SYSTEMS<br>29125 SOLON RD<br>Solon, OH  44139-3442 |

| | |
|---|---|
| ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR  00919 | ORIENTAL BANK<br>PO BOX 1952<br>HUMACAO, PR  00792-1952 |
| ORIENTAL BANK & TRUST<br>DELGADO & FERNANDEZ LLP<br>PO BOX 11750<br>SAN JUAN, PR  00910-1750 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR  00918 |
| PR BUSINESS DEVELOPMENT CORP<br>PO BOX 363031<br>SAN JUAN, PR  00936 | RODRIGUEZ FERNANDEZ<br>PO BOX 71418<br>SAN JUAN, PR  00936-8518 |
| SELF EMPLOYEER<br>, PR  00000 | |

DATED:  September 23, 2011

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE