UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO


IN RE:                                    CASE NO. 11-07318-BKT
LUIS ALBERTO PINERO RODRIGUEZ
LISSETTE MATTEI PINERO                       CHAPTER 13

DEBTOR (S)


NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS


TO ALL PARTIES IN INTEREST:


    The section 341 meeting of creditors scheduled for

Fri Sep 30, 2011 at  8:00 am has been continued to

Tue Feb 7, 2012 at  9:00 am at Ochoa Bldg., Tanca St., 1Fl.,

Comercio St. Entrance, San Juan PR 00901.


    In San Juan, Puerto Rico this,Friday, September 30, 2011.


    I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.


                                    /s/ Jose R. Carrion
                                    Office of Jose R. Carrion
                                    Chapter 13 Trustee
                                    PO Box 9023884, Old San Juan Station
                                    San Juan, PR  00902-3884
                                    Tel. (787) 977-3535

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

---

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUIS ALBERTO PINERO RODRIGUEZ<br>PO BOX 9037<br>HUMACAO, PR  00792 |
| ADT SECURITY SERVICES PUERTO RICO<br>PO BOX 650485<br>DALLAS, TX  75265-0485 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR  00936 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 | BANK OF AMERICA<br>PO BOX 53132<br>PHOENIX, AZ  85072-3132 |
| BILL ME LATER<br>CITI BANK<br>PO BOX 105658<br>ATLANTA, GA  30348-5658 | CITIFINANCIAL<br>PO BOX 700<br>CAGUAS, PR  00726-0700 |
| CRIM<br>ASESORAMIENTO LEGAL<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | DELGADO & FERNANDEZ LLP<br>PO BOX 11750 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR  00910-1750 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | FIA CARD SERVICES / BANK OF AMERICA NA<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 |
| FINACIAL RECOVERY SERVICES<br>PO BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | LCDO ERICK A. ROSADO PEREZ<br>PO BOX 195572<br>SAN JUAN, PR  00919-5572 |
| LEADING EDGE RECOVERY SOLUTIONS, LLC<br>CITIFINANCIAL PLUS<br>5440 N CUMBERLAND AVE SUITE 300<br>CHICAGO, IL  60656-1490 | LEONARD & ASSOCIATES PSC<br>PO BOX 366220<br>SAN JUAN, PR  00936-6220 |
| MONTANEZ & ALICEA<br>EL CENTRO I STE 211-214 500 MUNOZ RIVERA<br>SAN JUAN, PR  00918 | NATIONAL ENTERPRISE SYSTEMS<br>29125 SOLON RD<br>Solon, OH  44139-3442 |

```
ORIENTAL BANK                        ORIENTAL BANK
PO BOX 195115                        PO BOX 1952
SAN JUAN, PR  00919                  HUMACAO, PR  00792-1952
```

```
ORIENTAL BANK & TRUST                PR ACQUISITIONS LLC
DELGADO & FERNANDEZ LLP              250 MUNOZ RIVERA AVENUE SUITE 1200
PO BOX 11750                         HATO REY, PR  00918
SAN JUAN, PR  00910-1750
```

```
PR BUSINESS DEVELOPMENT CORP         RODRIGUEZ FERNANDEZ
PO BOX 363031                        PO BOX 71418
SAN JUAN, PR  00936                  SAN JUAN, PR  00936-8518
```

```
SELF EMPLOYEER

, PR  00000
```

```
DATED:  September 30, 2011           OLGA SOSA

                                     OFFICE OF THE CHAPTER 13 TRUSTEE
```