## IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| IN RE: | LUIS ALBERTO PINERO RODRIGUEZ<br>LISSETTE MATTEI PINERO | Bkrtcy. No. 11-07318-BKT<br>Chapter 13 |
|---|---|---|

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Aug 31, 2011  Meeting Date: Sep 30, 2011  DC Track No. 2

Days from petition date: 160  Meeting Time: 8:00 AM

910 Days before Petition: 3/4/2009  ☐ Chapter 13 Plan Date: Aug 31, 2011 Dkt.#2  ☐ Amended.

This is debtor(s) ____ Bankruptcy petition.  Plan Base: $95,000.00

This is the ____ Scheduled Meeting  Confirmation Hearing Date: Nov 04, 2011  Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $300.00 |
|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present: ☒ None.
- ☐ Debtor Present   ☐ ID & Soc. OK   ☒ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☒ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined  ☒ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present  ☒ Not Present
- ☐ Substitute attorney:   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00   Paid Pre-Petition: $326.00   Outstanding: $2,674.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.   Liquidation Value: ____
Commitment Period is ☐ 36 ☒ ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: ____

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: February 7, 2012 9:00 AM

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1   Date: Sep 30, 2011